IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE


Dollye Graham-Matthews & Bolton's Spicy Cafe, LLC
_____,
          Plaintiff(s),

v.                                           Case No. 3:25-cv-00079_____

L.T. Johnson & Bolton's Famous Hot Chicken and Fish, LLC
_____
          Defendant(s).


**BUSINESS ENTITY DISCLOSURE**
**(Disclosure of corporate affiliations, business entity citizenship, and financial interests)**

      Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, Bolton's Spicy Cafe, LLC_____ makes the
following disclosures:


**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. Attach separate pages as necessary to fully provide required information.**

☐      This party is an individual, who resides in _____.

☐      This party is a publicly held corporation or other publicly held entity, incorporated in _____ and with a principal place of business in _____.

☐      This party is a privately held corporation, incorporated in _____ and with a principal place of business in _____.

☐      This party has parent corporations

            If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

☐      Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

            If yes, identify **on attached page(s)** all such owners.

| x | This party is a limited liability company or limited liability partnership.

    If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

|   | This party is an unincorporated association or entity.

    If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

|   | This party is trust.

    If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

|   | Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

    If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Date: 1/22/25      Signature: _____

Printed Name: Andrew Mitchell

Title: Attorney for Bolton's Spicy Cafe, LLC

### CERTIFICATE OF SERVICE

**L.T. Johnson**      **Bolton's Famous Hot Chicken and Fish**
**2317 Morse St.**      **1003 Darwood Ct.**
**Houston, TX 37221**      **Hendersonville, TN 37075**

**Attachment 1 to Business Entity Disclosure**

**Business Entity**: Bolton's Spicy Cafe, LLC

**Member(s):** Dollye Graham-Matthews

**Ownership Interest:** 100%

**State of Citizenship:** Tennessee