# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

DOLLYE GRAHAM-MATTHEWS, et al., )
    Plaintiff(s) )
     )
v. )      Civil Action No. 3:25-cr-00079
     )      Judge Campbell / Frensley
     )
L.T.JOHNSON, et al., )
    Defendant(s) )

## O R D E R

In reviewing the docket, it appears the defendants have not been served in this case. Consequently, the Initial Case Management Conference previously scheduled for April 10, 2025, at 9:00 a.m. is hereby RESET to May 30, 2025 at 8:30 a.m. via telephone All parties shall call **1-855-244-8681**, and when prompted for the access code, enter **23139129180#** to participate in the Case Management Conference.  If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please call 615-736-7344.  A proposed case management order shall be filed three (3) days before the conference.  Additionally, the proposed order shall also be emailed to chambers at frensleychambers@tnmd.uscourts.gov in Word format.

IT IS SO ORDERED.

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge