# IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF TENNESSEE AT
### NASHVILLE

| | |
|---|---|
| **DOLLYE GRAHAM-MATTHEWS,**<br>**Individually and in her capacity as the**<br>**Organizer and Managing Member of**<br>**Bolton's Spicy Café, LLC, and each of its**<br>**Related entities and/or subsidiaries,**<br><br>   **and**<br><br>**BOLTON'S SPICY CAFÉ, LLC**<br>**and each of its related entities and/or**<br>**subsidiaries**<br><br>   **Plaintiffs,**<br><br>**v.**<br><br><br>**L.T. JOHNSON**<br>**Individually and in his capacity as the**<br>**Organizer and Managing Member of**<br>**Bolton's Famous Hot Chicken and Fish,**<br>**LLC, and each of its related entities and/or**<br>**subsidiaries,**<br><br>**and**<br><br>**BOLTON'S FAMOUS HOT CHICKEN**<br>**AND FISH, LLC**<br>**and each of its related entities and/or**<br>**subsidiaries**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br><br>**Judge Campbell**<br>**Magistrate Judge Frensley**<br><br>**No. 3:25-cv-00079** |

---

### DEFENDANTS' MOTION FOR
### EXTENSION OF TIME TO FILE REPONSIVE PLEADING

---

Defendants, L.T. Johnson, individually and in his capacity as organizer and managing

member of Bolton's Famous Hot Chicken and Fish ("Mr. Johnson"), and Bolton's Famous Hot

Chicken and Fish, LLC, ("BFHCF") (together the "Defendants") by and through counsel, pursuant to Rule 6 of the Federal Rules of Civil Procedure, file this Motion for Extension of Time to File a Responsive Pleading, respectfully requesting that this Court enter an order extending Defendants' time to file a responsive pleading from May 12, 2025, until June 11, 2025. In support of this motion, Defendants state the following:

1. The Complaint in this matter was filed on January 22, 2025.

2. Summons was issued on April 14, 2025.

3. Defendants were served on April 19, 2025.

4. Defendants' counsel was not retained to represent Defendants in this matter until late Friday afternoon on May 9, 2025.

5. Given undersigned counsel being retained only a few days ago and need to obtain additional information regarding the Complaint allegations to properly respond, Defendants request an additional 30 days to respond to the Complaint, making the deadline June 11, 2025.

6. Counsel for the Parties have conferred and Plaintiffs' counsel responded on May 12, 2025, stating that Plaintiffs' counsel would not agree to an extension, but did not indicate whether Plaintiffs' counsel would oppose this Motion.

7. Defendants hereby request that the time to file Defendants' response to the Complaint be extended to June 11, 2025 to allow Defendants an opportunity to investigate the claims and provide a proper response.

8. No party will be prejudiced by the extension requested.

WHEREFOR, Defendants respectfully requests that this Court grant its Motion and enter an order extending its time to respond to June 11, 2025, without waiving any rights, remedies, or defenses, all of which are explicitly reserved.

**DATED: May 12, 2025.**

Respectfully submitted,

*/s/ Kristen J. Walker*

Kristen J. Walker (BPR No. 35989)
Spencer Fane Bone McAllester LLP
511 Union Street, Suite 1000
Nashville, Tennessee 37219-1778
(615) 238-6300 (Telephone)
(615) 238-6301 (Fax)
kwalker@spencerfane.com

*Attorney for Defendants L.T. Johnson
and Bolton's Famous Hot Chicken and Fish,
LLC*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this the 12th day of May, 2025, a true and exact copy of the foregoing document was filed electronically and notice will be sent to the following through the Court's CM/ECF System:

Andrew M. Mitchell
Boon Legal LLC
41 Peabody Street
Nashville, TN 37210
andre@boonlegal.com

*Attorney for Plaintiffs*

/s/ Kristen J. Walker
Kristen J. Walker

4