# IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF TENNESSEE AT
### NASHVILLE

| | | |
|---|---|---|
| **DOLLYE GRAHAM-MATTHEWS,** **Individually and in her capacity as the** **Organizer and Managing Member of** **Bolton's Spicy Cafe, LLC, and each of its** **Related entities and/or subsidiaries,** | ) ) ) ) ) | |
| **and** | ) ) ) | |
| **BOLTON'S SPICY CAFÉ, LLC** **and each of its related entities and/or** **subsidiaries** | ) ) ) ) | |
| **Plaintiffs,** | ) ) ) | **Judge Campbell** **Magistrate Judge Frensley** |
| **v.** | ) ) ) ) | **No. 3:25-cv-00079** |
| **L.T. JOHNSON** **Individually and in his capacity as the** **Organizer and Managing Member of** **Bolton's Famous Hot Chicken and Fish,** **LLC, and each of its related entities and/or** **subsidiaries,** | ) ) ) ) ) ) ) | |
| **and** | ) ) | |
| **BOLTON'S FAMOUS HOT CHICKEN** **AND FISH, LLC** **and each of its related entities and/or** **subsidiaries** | ) ) ) ) ) | |
| **Defendants.** | ) | |

## <u>NOTICE OF APPEARANCE</u>

The undersigned, W. Justin Adams of Spencer Fane, LLP, hereby enters a notice of

appearance as counsel for the Defendants L.T. Johnson and Bolton's Famous Hot Chicken and

Fish, LLC in this matter.

The undersigned hereby requests that the Clerk and counsel add undersigned to the certificate of service, and that copies of all pleadings, notices and orders in this case be sent either electronically or by U.S. Mail to the following address:

W. Justin Adams
Spencer Fane, LLP
511 Union Street, Suite 1000
Nashville, TN  37219
(615) 238-6300 (telephone)
wjadams@spencerfane.com

DATED this 7th day of July, 2025.

Respectfully submitted,

*/s/ Kristen J. Walker*
W. Justin Adams (BPR No. 22433)
Kristen J. Walker (BPR No. 35989)
Spencer Fane Bone McAllester LLP
511 Union Street, Suite 1000
Nashville, Tennessee 37219-1778
(615) 238-6300 (Telephone)
(615) 238-6301 (Fax)
wjadams@spencerfane.com
kwalker@spencerfane.com

*Attorneys for Defendants L.T. Johnson and Bolton's Famous Hot Chicken and Fish, LLC*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 7th day of July, 2025, a true and exact copy of the foregoing document was filed electronically, and notice will be sent to the following through the Court's CM/ECF System:

Andrew M. Mitchell
Boon Legal LLC
41 Peabody Street
Nashville, TN 37210
andre@boonlegal.com

*Attorney for Plaintiffs*

/s/ Kristen J. Walker
Kristen J. Walker

3