**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

DOLLYE GRAHAM-MATTHEWS, et al.,    )
    )
    Plaintiff(s)    )
    )
v.    )    Civil Action No. 3:25-cv-00079
    )    Judge Campbell / Frensley
    )
L.T. JOHNSON, et al.,    )
    )
    Defendant(s)    )

## O R D E R

Due to a conflict in the Court's calendar, the Case Management Conference which took place February 18, 2026 at 9:00 a.m. is hereby continued to February 25, 2026 at 8:30 a.m. via telephone.  All parties shall call **1-855-244-8681**, and when prompted for the access code, enter **23139129180#** to participate in the telephone conference.  If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please call 615-736-7344.

IT IS SO ORDERED.

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge