# IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF TENNESSEE AT
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **DOLLYE GRAHAM-MATTHEWS,**<br>**Individually and in her capacity as the**<br>**Organizer and Managing Member of**<br>**Bolton's Spicy Café, LLC, and each of its**<br>**Related entities and/or subsidiaries,** | ) ) ) ) ) ) | |
| **and** | ) ) | |
| **BOLTON'S SPICY CAFÉ, LLC**<br>**and each of its related entities and/or**<br>**subsidiaries** | ) ) ) | |
| Plaintiffs | ) ) | **Civil Action No. 3:25-cv-00079**<br>**Chief Judge Campbell / Frensley** |
| **v.** | ) ) | |
| **L.T. JOHNSON**<br>**Individually and in his capacity as the**<br>**Organizer and Managing Member of**<br>**Bolton's Famous Hot Chicken and Fish,**<br>**LLC, and each of its related entities and/or**<br>**subsidiaries,** | ) ) ) ) ) ) | |
| **and** | ) ) | |
| **BOLTON'S FAMOUS HOT CHICKEN**<br>**AND FISH, LLC and each of its related**<br>**entities and/or subsidiaries** | ) ) ) | |
| Defendants. | ) | |

## ORDER

The Court held a case management conference with the Parties on February 25, 2026. By **March 11, 2026**, the Parties shall file a joint status report addressing the ongoing discovery matters, existing scheduling order and settlement as discussed at the conference.

**IT IS SO ORDERED.**

**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**