# IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | |
|---|---|
| **DOLLYE GRAHAM-MATTHEWS,** individually, and in her capacity as the Organizer and Managing Member of Bolton's Spicy Cafe, LLC, and each of its Related entities and/or subsidiaries, <br><br> **and** <br><br> **BOLTON'S SPICY CAFÉ, LLC** and each of its related entities and/or subsidiaries, <br><br> **Plaintiffs/Counter-Defendants,** <br><br> **v.** <br><br> **L.T. JOHNSON,** individually, and in his capacity as the Organizer and Managing Member of Bolton's Famous Hot Chicken and Fish, LLC, and each of its related entities and/or subsidiaries, <br><br> **and** <br><br> **BOLTON'S FAMOUS HOT CHICKEN AND FISH, LLC** and each of its related entities and/or subsidiaries, <br><br> **Defendants/Counter-Plaintiffs** | **Case No.: 3:25-cv-00079** <br><br> **Judge Campbell** <br> **Magistrate Judge Frensley** |

## RULE 26(f) JOINT STATUS REPORT

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and the Court's February 25, 2026, order (DE 20), the parties submit this Joint Status Report.

The parties met and conferred by remote video conference on March 2, 2026, regarding written discovery, document production, and the remaining case schedule. As a result of those discussions, the parties submit the following update:

1. **Written Discovery and Document Production.**

   The parties agreed that Defendants will supplement their written discovery responses on or before **March 13, 2026**, and will produce responsive documents after that date on a rolling basis as they become available.

2. **Fact Discovery Deadline.**

   To provide Defendants a reasonable time to produce responsive documents, the parties jointly propose that the deadline for completing written discovery be extended from March 20, 2026, to **April 17, 2026**.

3. **Depositions.**

   To provide the parties reasonable time to conduct depositions after the completion of written discovery, the parties jointly propose that the deadline for completing fact witness depositions be extended from March 20, 2026, to **May 15, 2026**. This amended schedule would leave approximately one month between the close of depositions and the dispositive motion deadline.

4. **Discovery Issues Remaining.**

   Plaintiffs reduced their document requests to twenty, limited the temporal scope of four requests, and limited the number of custodians as to two requests. The parties discussed Defendants' objections to four interrogatories and one request for production and agreed to defer further discussion until Defendants supplement their responses.

   To the extent disputes remain after Defendants supplement their written discovery responses, the parties will meet and confer in good faith to resolve those disputes without Court intervention and present any unresolved disputes to the Court in accordance with the Court's procedures.

**DATED, March 11, 2026.**

Respectfully submitted:

*/s/ Andrew M. Mitchell*

Andrew M. Mitchell (BPR No. 35645)
*Attorney for Plaintiffs*
Boon Legal LLC
41 Peabody Street
Nashville, TN 37210
Phone: 615.956.2817
Email: andrew@boonlegal.com

*/s/ Kristen J. Walker*

Kristen J. Walker (BPR No. 035959)
W. Justin Adams (BPR No. 022433)
**SPENCER FANE LLP**
511 Union St., Ste. 1000
Nashville, TN 37219
Phone: 615.238.6300
kwalker@spencerfane.com
wjadams@spencerfane.com

*Attorneys for Defendants/Counter-Plaintiffs*

3

# CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing via electronic mail on the following counsel

of record on March 11, 2026:

W. Justin Adams
wjadams@spencerfane.com

Kristen J. Walker
kwalker@spencerfane.com

Spencer Fane LLP
511 Union St., Ste. 1000
Nashville, TN 37219
Phone: 615.238.6300

Respectfully submitted:

*/s/ Andrew M. Mitchell*
Andrew M. Mitchell (TN Bar No. 035645)

*Attorney for Plaintiffs*
Boon Legal LLC
41 Peabody Street
Nashville, TN 37210
Phone: 615.956.2817
Email: andrew@boonlegal.com

4