# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF TENNESSEE AT
# NASHVILLE

| | |
|---|---|
| **DOLLYE GRAHAM-MATTHEWS,** Individually and in her capacity as the Organizer and Managing Member of Bolton's Spicy Café, LLC, and each of its Related entities and/or subsidiaries,<br><br>and<br><br>**BOLTON'S SPICY CAFÉ, LLC** and each of its related entities and/or subsidiaries<br><br>Plaintiffs,<br><br>v.<br><br>**L.T. JOHNSON** Individually and in his capacity as the Organizer and Managing Member of Bolton's Famous Hot Chicken and Fish, LLC, and each of its related entities and/or subsidiaries,<br><br>and<br><br>**BOLTON'S FAMOUS HOT CHICKEN AND FISH, LLC** and each of its related entities and/or subsidiaries<br><br>Defendants. | **Judge Campbell**<br>**Magistrate Judge Frensley**<br><br>**No. 3:25-cv-00079** |

## (PROPOSED) AMENDED SCHEDULING ORDER

Pursuant to the parties' Status Report as required by this Court's February 25, 2026 Order (DE 20), the Court finds good cause to amend the schedule previously set forth in the June 16, 2025 *Initial Case Management Order* (DE 15) as follows:

1.      Defendants shall supplement their written discovery responses on or before **March 13, 2026**, and shall produce responsive documents after that date on a rolling basis as they become available.

2.      The parties shall complete all written discovery on or before **April 17, 2026**.

3.      The parties shall complete all fact witness depositions on or before **May 15, 2026**.

4.      The parties shall file all discovery motion on or before **April 27, 2026.**

5.      All other terms of the *Initial Case Management Order* (DE 15) shall remain in effect and should be followed.

It is so **ORDERED**.

_____
Jeffery S. Frensley
United States Magistrate Judge

**<u>APPROVED FOR ENTRY:</u>**

*/s/ Andrew M. Mitchell*
_____
Andrew Mitchell; (#35645)
Boon Legal LLC
41 Peabody Street
Nashville, TN 37210

*Attorney for Plaintiffs/Counter-Defendants*

2

_/s/ Kristen J. Walker_
Kristen J. Walker (#035989)
W. Justin Adams (#22433)
Spencer Fane, LLP
511 Union Street, Suite 1000
Nashville, TN 37219

_Attorneys for Defendants/Counter-Plaintiffs_