# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | | |
|---|---|---|
| **DOLLYE GRAHAM-MATTHEWS,** Individually and in her capacity as the Organizer and Managing Member of Bolton's Spicy Café, LLC, and each of its Related entities and/or subsidiaries, <br><br> and <br><br> **BOLTON'S SPICY CAFÉ, LLC** and each of its related entities and/or subsidiaries <br><br>     **Plaintiffs,** <br><br> v. <br><br><br> **L.T. JOHNSON** Individually and in his capacity as the Organizer and Managing Member of Bolton's Famous Hot Chicken and Fish, LLC, and each of its related entities and/or subsidiaries, <br><br> and <br><br> **BOLTON'S FAMOUS HOT CHICKEN AND FISH, LLC** and each of its related entities and/or subsidiaries <br><br> **Defendants.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Judge Campbell** <br> **Magistrate Judge Frensley** <br><br> **No. 3:25-cv-00079** |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

The law firm of Spencer Fane LLP and attorneys Walter Justin Adams and Kristen J.

Walker (hereinafter "Movants") respectfully seek permission to withdraw as counsel of record for

Defendants, LaErrol "L.T." Johnson and Bolton's Famous Hot Chicken and Fish, LLC. In support of the Motion, the movants state as follows:

1. Withdrawal is based on good cause pursuant to the standards set forth in Local Rule 83.01(g).

2. Movants have provided notice to Defendants of the motion to withdraw and the reasons therefore pursuant to the email correspondence dated April 28, 2026 attached hereto as **Exhibit A** (redacted to comply with Rule 1.6 of Tennessee Rules of Professional Conduct).

3. As of the date of this filing, it has become apparent to Movants that they cannot continue to effectively represent Defendants in this matter, and they respectfully move for withdrawal based on Tennessee Rules of Professional Conduct 1.16(b)(1), (5) & (7).

4. Movants owe duties to Defendants under Rule 1.6 of the Tennessee Rules of Professional Conduct and are constrained from divulging the specific bases upon which withdrawal is sought.

5. Pursuant to Rule 1.6(b)(1) of the Tennessee Rules of Professional Conduct, withdrawal can be accomplished without material adverse effect on the interests of Defendants.

6. Movants would request that Defendants be given thirty (30) days from the date of the Court's written order to retain new counsel in this matter should it choose to do so.

**WHEREFORE**, premises considered, the law firm Spencer Fane LLP and attorneys Walter Justin Adams and Kristen J. Walker request to withdraw as counsel of record for Defendants. Movants further request that Defendants have thirty (30) days from the date of the

court's written order to retain new counsel in this matter should it choose to do so.

Respectfully submitted,

*/s/ Kristen J. Walker*
Kristen J. Walker, (#035989)
W. Justin Adams, (#22433)
SPENCER FANE LLP
511 Union Street, Suite 1000
Nashville, TN 37219
Tele: (615) 238-6305
Fax: (615) 687-2763
kwalker@spencerfane.com
wjadams@spencerfane.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Motion to Withdraw via electronic mail on the following counsel of record on May 13, 2026:

Andrew M. Mitchell
Boon Legal LLC
41 Peabody Street
Nashville, TN  37210
(615) 701-7177
andrew@boonlegal.com

*Counsel for Plaintiffs*

*/s/ Kristen J. Walker*
Kristen J. Walker