## Walker, Kristen

**From:** Walker, Kristen
**Sent:** Tuesday, April 28, 2026 9:40 AM
**To:** LaErrol  Johnson; Perry, Andrea; Adams, Justin
**Subject:** RE: Availability for a Call

Hi Dr. Johnson,





The Middle District of Tennessee requires us to provide you with 14 days' written notice of our intention to withdraw before filing a motion with the court. After that notice period expires, we will file a motion seeking the court's permission to withdraw as your attorneys. This email serves as notice of our intention to withdraw.

Best,

**Kristen J. Walker**  Senior Associate
Spencer Fane LLP

511 Union Street, Suite 1000 | Nashville, TN 37219
**O** 615.238.6302
kwalker@spencerfane.com | spencerfane.com

**From:** LaErrol Johnson <ltjohnson@ofsih.com>
**Sent:** Tuesday, April 28, 2026 8:16 AM
**To:** Perry, Andrea <aperry@spencerfane.com>; Adams, Justin <wjadams@spencerfane.com>; Walker, Kristen