## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

DOLLYE GRAHAM-MATTHEWS,　　　　　)
Individually and in her capacity as the　　　)
Organizer and Managing Member of　　　　)
Bolton's Spicy Café, LLC, and each of its　　)
related entities and/or subsidiaries,　　　　)
　　　　　　　　　　　　　　　　　　　)
and　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
BOLTON'S SPICY CAFÉ, LLC　　　　　　)
and each of its related entities and/or　　　　)
subsidiaries,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
*Plaintiffs/Counter-Defendants*,　　　　　)　　Judge Campbell
　　　　　　　　　　　　　　　　　　　)　　Magistrate Judge Frensley
v.　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　　No. 3:25-cv-00079
L.T. JOHNSON,　　　　　　　　　　　　)
Individually and in his capacity as the　　　)
Organizer and Managing Member of　　　　)
Bolton's Famous Hot Chicken and Fish,　　)
LLC, and each of its related entities and/or　)
subsidiaries,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
and　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
BOLTON'S FAMOUS HOT CHICKEN　　　)
AND FISH, LLC　　　　　　　　　　　　)
and each of its related entities and/or　　　　)
subsidiaries,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
*Defendants/Counter-Plaintiffs*.　　　　　)

## NOTICE OF WITHDRAWAL OF ANDREW M. MITCHELL
## AS COUNSEL OF RECORD

Pursuant to Local Rule 83.01(g), Michael Woolf, counsel of record for Plaintiffs/Counter-

Defendants and the remaining attorney of record from Boon Legal LLC, gives notice that Andrew

M. Mitchell is withdrawn as counsel of record for Plaintiffs/Counter-Defendants, Dollye Graham-

Matthews, and Bolton's Spicy Café, LLC.

1

Plaintiffs/Counter-Defendants remain represented in this matter by Michael Woolf of Boon Legal LLC. Andrew M. Mitchell is no longer affiliated with Boon Legal LLC, has consented to this Notice and Withdrawal, and will no longer serve as counsel for Plaintiffs/Counter-Defendants in this matter.

All future notices, pleadings, and service for Plaintiffs/Counter-Defendants should be directed to Michael Woolf at the address below.

Respectfully submitted,

**/s/ Michael Woolf**
Michael Woolf (TN BPR No. 035396)
Boon Legal LLC
41 Peabody Street
Nashville, Tennessee 37210
Phone: 615.378.8208
Email: michael@boonlegal.com
*Attorney for Plaintiffs/Counter-Defendants*

***/s/ Andrew M. Mitchell (with e-mail permission)***
Andrew M. Mitchell (TN BPR No. 35645)
andrewmitchell@borolegal.com
*Withdrawing Attorney for Plaintiffs/Counter-Defendants*

2

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on July 13, 2026, a true and correct copy of the foregoing document was filed electronically and served through the Court's CM/ECF system upon all counsel of record, and that a copy was provided via electronic mail to Mr. Andrew Mitchell.

Andrew M. Mitchell
andrewmitchell@borolegal.com
*Withdrawing Attorney for Plaintiffs/Counter-Defendants*

<u>**/s/ Michael Woolf**</u>
Michael Woolf (TN BPR No. 035396)
Boon Legal LLC
41 Peabody Street
Nashville, Tennessee 37210
Phone: 615.378.8208
Email: michael@boonlegal.com
*Attorney for Plaintiffs/Counter-Defendants*

3